1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Acting Chief, Criminal Division

4  TIMOTHY P. CRUDO (CABN 143835)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7200
7       Telecopy: (415) 436-7234
        Timothy.Crudo@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

FILED

JAN 14 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-00-0505-MJJ |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER SETTING SENTENCING DATE |
| v. | |
| JAY GILBERTSON, | |
| Defendant. | |

The parties hereby jointly request that the above-entitled matter be scheduled for a sentencing hearing before the Honorable Martin J. Jenkins, United States District Judge, on April 17, 2008, or as soon thereafter as convenient for the Court. In addition, the parties stipulate that the matter should be referred to the United States Probation Department for the preparation of the Pre-Sentence Report.

///

///

IT IS SO STIPULATED.

DATED: January 14, 2008

TIMOTHY P. CRUDO
Assistant United States Attorney

DATED: January 14, 2008

by TPC with permission
ROBERT PLOTKIN
Counsel for Mr. Gilbertson

## ORDER

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that above-entitled matter relating to Jay Gilbertson shall be referred to the United States Probation Department for the preparation of the pre-sentence report. IT IS FURTHER ORDERED that the sentencing hearing in this matter is set for April 17, 2008. @ 2:00 pm

DATED: 1/14/2008

MARTIN J. JENKINS
United States District Court Judge