UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. CR-00-0505 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | [~~PROPOSED~~] ORDER |
| | ) | TERMINATING SUPERVISED |
| JAY PAINE GILBERTSON, | ) | RELEASE |
| | ) | |
| Defendant. | ) | Hon. William H. Alsup |
| | ) | |

Upon consideration of Defendant Jay Gilbertson's Motion for Early Termination of Supervised Release, which Motion is not opposed by the government, the Court hereby finds that, pursuant to Rule 32.1(c), Fed. R. Crim. P., the Defendant satisfies the factors set forth in 18 U.S.C. § 3583(e).

Accordingly, it is hereby ORDERED that, effective October 16, 2011, Defendant's supervised release shall be, and hereby is, terminated.

Dated:  September 26  , 2011

_____
William Alsup
UNITED STATES DISTRICT JUDGE

\33496742.1